IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LONNIE TISDALE,

      Appellant,

v.                                Case No.  5D22-566
                                    LT Case No. 2016-CF-014498-B-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed July 5, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Renee A. Roche, Judge.

Lonnie Tisdale, Malone, pro se.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene Matthews,
Assistant Attorney General, Daytona Beach,
for Appellee.


PER CURIAM.

      AFFIRMED.


COHEN, WALLIS and HARRIS, JJ., concur.